

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. **3:23 CR 257-MOC** |
| ) | |
| v. ) | **BILL OF INDICTMENT** |
| ) | |
| ) | Violation: |
| MELISSA RAY ELDERS ) | 21 USC § 841(a)(1) |
| ) | |

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession with Intent to Distribute Heroin, Methamphetamine and Fentanyl)*

On or about August 12, 2022, in Gaston County, within the Western District of North Carolina,

**MELISSA RAY ELDERS**

did knowingly and intentionally possess with intent to distribute quantities of heroin, a Schedule I controlled substance, methamphetamine and N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), Schedule II controlled substances.

1. Said offense involved a mixture and substance containing a detectable amount of heroin. Accordingly, Title 21, United States Code, Section 841(b)(1)(C) applies.

2. Said offense involved a mixture and substance containing a detectable amount of methamphetamine. Accordingly, Title 21, United States Code, Section 841(b)(1)(C) applies.

3. Said offense involved a mixture and substance containing a detectable amount of fentanyl. Accordingly, Title 21, United States Code, Section 841(b)(1)(C) applies.

All in violation of Title 21, United States Code, Section 841(a)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with Section 853:

a. All property which constitutes or is derived from proceeds of the violation set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violation; and

c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant to the extent of the value of the property described in (a) and (b).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. $4,140 in United States currency seized from **MELISSA RAY ELDERS'** vehicle on August 12, 2022 in the vicinity of 200 Caldwell Farm Road in Belmont, North Carolina.

A TRUE BILL:

███████████████
FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

*[signature]*

THOMAS KENT
ASSISTANT UNITED STATES ATTORNEY