# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Melissa Ray ELDERS

Case Number: 3:23 CR 257-MOC

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 21 U.S.C. 841(a)(1) and (b)(1)(C) | None | Maximum term of 20 years imprisonment, a maximum fine of $1,000,000, and at least 3 years of supervised release. |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL? ☐ YES ☒ NO
* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED? ☐ YES ☒ NO
* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM? ☐ YES ☒ NO
* 18 U.S.C. 924(C) ONLY

IF YES ☐ BRANDISH

☐ DISCHARGE